UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO D. TYSON                                        CIVIL ACTION

VERSUS                                                  NO. 10-1174

JAMES LEBLANC ET AL.                                    SECTION "C" (2)

**O R D E R**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, and the Plaintiff's sworn testimony from the *Spears* hearing held by the Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that Plaintiff's pending motions, including those denominated as a motion and those otherwise titled that seek any form of relief, are denied.  These motions are Plaintiff's (1) Motion for Judgment on the Pleadings, Record Doc. No. 56; (2) Motion for Judgment on the Pleadings, Record Doc. No. 57; (3) Request for Declaratory and Prospective Injunctive Relief, Record Doc. No. 66; (4) Motion for Summary Judgment, Record Doc. No. 69; (5) Notice of Objections, Record Doc. No. 81; (6) Document in Support of Summary Judgment, Record Doc. No. 82; (7) Amended Motion for Summary Judgment, Record Doc. No. 83; (8) Notice of Voluntary Compliance in Part, Record Doc. No. 84, and (9) Request Preservation of All Objection, Record Doc. No. 85.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment is GRANTED, Record Doc. 73, and Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend his Complaint is DENIED. Record Doc. 89.  The Magistrate has ordered no further amendments to Plaintiff's Complaint absent good cause shown, Record Doc. 52, and Plaintiff has not shown good cause to allow the amendment.

New Orleans, Louisiana, this 15th day of December, 2010.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**